**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**CHARLESTON DIVISION**

| | | |
|---|---|---|
| ABRAHAM BELANGER, | ) | C.A. No.: 2:26-cv-00866-RMG-MGB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Motion in Support of** |
| | ) | ***Pro Hac Vice* Application** |
| | ) | |
| INTERCONTINENTAL HOTELS | ) | |
| GROUP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Alex S. Drummond be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

☒ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☒ does not intend to oppose

☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):

_____

_____

☐ No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Jennifer K. McCarty |
| Firm Name | Name of Local Counsel |
| 850 Morrison Dr., Suite 775 | s/ Jennifer K. McCarty |
| Street Address or Post Office Box | Signature of Local Counsel |
| Charleston, SC 29403 | |
| City, State, Zip Code | Local Counsel for Continents Hotels, Inc., incorrectly identified as Intercontinental Hotels Group |
| 854-214-5917 | |
| Telephone Number | |
| jkmccarty@bakerdonelson.com | 76031 |
| E-Mail Address | District of South Carolina Federal Bar Number |